# IN THE SUPREME COURT OF THE STATE OF NEVADA

ROBERT LANGERMANN,
　　　　　　　　Appellant,
vs.
RICHARD A. HARRIS, INDIVIDUALLY
AND D/B/A RICHARD HARRIS LAW
FIRM, A NEVADA LIMITED LIABILITY
PARTNERSHIP; AND RICHARD A.
HARRIS, P.C., A NEVADA
PROFESSIONAL CORPORATION,
　　　　　　　　Respondents.

No. 75069



FILED

MAR 05 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
　　　DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a district court order granting in part a motion to dismiss and denying a motion to amend complaint. Eighth Judicial District Court, Clark County; Susan Johnson, Judge. Our review of the notice of appeal and documents transmitted with that notice reveals a jurisdictional defect. The challenged order is not appealable as a final judgment under NRAP 3A(b)(1) because appellant's claims for breach of contract, negligence, conversion, breach of fiduciary duty, and negligent supervision remain pending in the district court. *See Lee v. GNLV Corp.*, 116 Nev. 424, 426, 996 P.2d 416, 417 (2000) (defining a final judgment as one that disposes of all issues presented and leaves nothing for the court's future consideration except for post-judgment issues such as attorney fees and costs). As no other statute or court rule appears to authorize an appeal from the challenged order, *see Brown v. MHC Stagecoach, LLC*, 129 Nev.

18-08467

343, 345, 301 P.3d 850, 851 (2013) (explaining that this court has jurisdiction to consider an appeal only when the appeal is authorized by statute or court rule), we conclude that we lack jurisdiction and we

ORDER this appeal DISMISSED.

_____ , J.
Cherry

_____ J.
Parraguirre

_____ , J.
Stiglich

cc:     Hon. Susan Johnson, District Judge
        Robert Langermann
        Richard Harris Law Firm
        Eighth District Court Clerk